UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

Jonathan Collins,

    Plaintiff,

v.

NCO Financial Systems, Inc.,
    Defendant.

Civil Action No.: 5:11-CV-150-FL

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against NCO Financial Systems, Inc. with prejudice and without costs to any party.

| Jonathan Collins | NCO Financial Systems, Inc. |
|---|---|
| /s/ Stacie Saunders-Watson | /s/ Amy L. Rich |
| Stacie Saunders-Watson, Esq. | Thomas J. Doughton, Esq., Bar No. 16611 |
| Law Office Of Stacie Watson | Amy L. Rich, Esq., Bar No. 35176 |
| P.O. Box 1412 | Doughton & Rich PLLC |
| Apex, North Carolina 27502 | 633 West Fourth St., Suite 150 |
| 919-522-6128 | Winston-Salem, NC 27101 |
| Attorney for Plaintiff | 336-725-9416 |
| | Attorney for Defendant |

_____
SO ORDERED, October 2, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Stacie Watson_____
                                               Stacie Watson